# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 16, 2012

Robert P. Young, Jr.,
Chief Justice

144460 & (54)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re BAKER, Minors.

SC: 144460
COA: 304519
Kent CC Family Division:
09-053562-NA;
09-053563-NA;
09-053564-NA;
09-053565-NA

_____/

       On order of the Court, the application for leave to appeal the December 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2012

Clerk

y0313